IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01887-AP

Nora Sustaita,

     Plaintiff,

v.

Jo Anne B. Barnhart,
Commissioner of Social Security

     Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff:</u>

Terry S. Fjeld, Esq.
P. O. Box 17564
Colorado Springs, CO 80935
(719) 520-5385

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.**    **Date Complaint Was Filed:** September 29, 2005

**B.**    **Date Complaint Was Served on U.S. Attorney's Office:** October 3, 2005

**C.**    **Date Answer and Administrative Record Were Filed**:   December 2, 2005

## 4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The record is complete.

## 5.    STATEMENT REGARDING ADDITIONAL EVIDENCE

There is no additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case raises no unusual claims or defenses.

## 7.  OTHER MATTERS

None.

## 8.  PROPOSED BRIEFING SCHEDULE

**A.**    **Plaintiff's Opening Brief Due:**    January 19, 2006

**B.**    **Defendant's  Response Brief Due:**  February 20, 2006

**C.**    **Plaintiff's  Reply Brief (If Any) Due:** March 17, 2006

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

The parties do not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A.    ( X )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.    ( )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 20th day of December, 2005.

BY THE COURT:

 S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Terry S. Fjeld
Terry S. Fjeld, Esq.
P. O. Box 17564
Colorado Springs, CO 80935
Telephone: (719) 520-5385
sscoatty@gmail.com

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0815

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

Attorney for Defendant(s)