IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-1887-AP**

**NORA SUSTAITA,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Motion for Amendment to Briefing Schedule (doc. #7), filed January 19, 2006, is **GRANTED.** Plaintiff's Opening Brief is due February 10, 2006; response is due March 20, 2006; reply, if any, is due March 31, 2006.

Dated:  January 19, 2006