IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-1887-AP**

**NORA SUSTAITA,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion for Remand for Further Administrative Proceedings (doc. #14), filed March 24, 2006.  This Court has reviewed the file and considered the motion.  It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  March 27, 2006

                                              BY THE COURT:

                                              S/**John L. Kane**
                                              SENIOR JUDGE,
                                              UNITED STATES DISTRICT COURT